THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
NICHOLAS A. TRUTANICH (Cal. SBN: 242861)
Assistant United States Attorney
General Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012
    Telephone: (213) 894-7635
    Facsimile: (213) 894-3713
    E-mail: Nicholas.Trutanich@usdoj.gov

Attorneys for Plaintiff
United States of America

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____ ✓
Scan Only ____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CR No. CR 08-1293-RGK |
| Plaintiff, | [PROPOSED] ORDER |
| v. |  |
| LEVANDIS LUSTER, |  |
| Defendant. |  |

Having considered the government's motion, IT IS HEREBY
ORDERED that the indictment in the above-captioned case be
DISMISSED WITHOUT PREJUDICE as to defendant Levandis Luster.

Dated: 04.27.09

THE HON. R GARY KLAUSNER
United States District Judge

RELEASE
# b 10020 ISSUED